AO91 (Rev. 12/03)   Criminal Complaint                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> vs. | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:18-po-12242 |
| Jose David GUEVARA-Rivas <br> AKA Jose David GUEVARA-Reyes <br> IAE <br> El Salvador 1995 | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 03, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose David GUEVARA-Rivas was encountered by Border Patrol Agents near Mission, Texas on September 04, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on September 03, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Ramirez, Robert  Border Patrol Agent
Signature of Complainant

Ramirez, Robert    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 06, 2018                                     at   McAllen, Texas
Date                                                                      City/State

Juan F Alanis          Magistrate Judge
Name of Judge          Title of Judge                             Signature of Judge